# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Perry D Holmes, | No. CV-20-00082-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Mountain Run Solutions LLC, et al., | |
| Defendants. | |

On **Monday, October 19, 2020**, Plaintiff filed a Notice of Settlement. (Doc. 29.)

Accordingly, **IT IS HEREBY ORDERED** a dismissal document shall be filed on or before **Friday, December 18, 2020**. Alternatively, counsel for Plaintiff shall submit a status report to the Court on or before **Friday, December 18, 2020**.

Dated this 20th day of October, 2020.

Honorable Raner C. Collins
Senior United States District Judge